UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                        Case No. 07-cv-12183
                                                      Hon. Matthew F. Leitman

vs.

DIANE COWANS,

        Defendant,

and

CHARLES COUNTY DEPARTMENT
OF SOCIAL SERVICES,

        Garnishee Defendant.
_____/

### ORDER FOR GARNISHEE DEFENDANT CHARLES COUNTY DEPARTMENT OF SOCIAL SERVICES TO TURNOVER GARNISHMENT FUNDS

After reviewing the Ex-Parte Motion filed by the Plaintiff, and being otherwise advised in the matter:

**IT IS HEREBY ORDERED** that the Garnishee Defendant, CHARLES COUNTY DEPARTMENT OF SOCIAL SERVICES, THROUGH THE COMPTROLLER OF MARYLAND, will turnover the funds being held to the Plaintiff and continue to withhold 25% of the Defendant's wages and forward those funds until such time as the judgment in this case is paid in full, or Diane

Cowans is no longer employed with CHARLES COUNTY DEPARTMENT OF SOCIAL SERVICES or further order of the Court;

**IT IS FURTHER ORDERED** that CHARLES COUNTY DEPARTMENT OF SOCIAL SERVICE THROUGH THE COMPTROLLER OF MARYLAND, shall remit the monies so deducted to the Department of Justice, Nationwide Central Intake Facility, P.O. Box 790363, St. Louis, MO 63179-0363.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:   January 5, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 5, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764